UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| BRYAN GARLAND, | ) |
| Plaintiff, | ) |
| v. | ) No. 4:05-CV-1998 (CEJ) |
| MICHAEL DOERGE, | ) |
| Defendant. | ) |

### ORDER

The parties having advised the Court that this case has been settled,

**IT IS HEREBY ORDERED** that plaintiff Bryan Garland and defendant Michael Doerge shall have until **May 3, 2007**, to file a stipulation for dismissal.

**IT IS FURTHER ORDERED** that if the stipulation for dismissal is not filed by the above deadline, the Court will thereafter enter an order dismissing this action with prejudice and retaining jurisdiction for the sole purpose of determining whether the settlement should be enforced upon motion of any party.

**IT IS FURTHER ORDERED** that the parties are relieved of the obligation to file pretrial compliance.

_____
CAROL E. JACKSON
UNITED STATES DISTRICT JUDGE

Dated this 4th day of April, 2007.